UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

C.A. No.:3:23-cv-30136

| | |
|---|---|
| PIERCE BROTHERS GOURMET DISTRIBUTORS INC. d/b/a FOGBUSTER COFFEE WORKS | ) ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| NAPA VALLEY COFFEE ROASTING COMPANY, INC. | ) ) ) |
| Defendant | ) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney for the Plaintiff hereby certifies that the Plaintiff has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

                                                Respectfully submitted,

                                                THE PLAINTIFF,
                                                PIERCE BROTHERS GOURMET
                                                DISTRIBUTORS INC. d/b/a FOGBUSTER
                                                COFFEE WORKS

Date: December 29, 2023                   By: */s/ Patrick J. O'Shea*
                                                Patrick J. O'Shea, Esq. (BBO #564832)
                                                O'Shea P.C.
                                                One Monarch Place, Suite 1460
                                                Springfield, Massachusetts 01144
                                                Phone (413) 731-3102
                                                Fax (413) 731-3101
                                                poshea@osheaus.com

**CERTIFICATE OF SERVICE**

      I, Patrick J. O'Shea, hereby certify that on December 29, 2023 a true and correct copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                */s/Patrick J. O'Shea*
                                                Patrick J. O'Shea