# EXHIBIT A

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 3,164,376
Registered Oct. 31, 2006

## TRADEMARK
### PRINCIPAL REGISTER

**FOGBUSTER**

PIERCE BROTHERS GOURMET DISTRIBUTORS, INC. (MASSACHUSETTS CORPORATION)
303 AMHERST ROAD, ROUTE 116
SUNDERLAND, MA 01375

FOR: GROUND AND WHOLE BEAN COFFEE; COCOA; HERB AND NON-HERBAL TEAS FOR FOOD PURPOSES; SPICES; COFFEE, TEA, COCOA, PREPARED COFFEE AND COFFEE AND ESPRESSO BASED BEVERAGES, INSTANT COFFEE AND/OR ESPRESSO, INSTANT COFFEE AND SUBSTITUTES, READY-TO-DRINK COFFEE BEVERAGES AND COFFEE BASED BEVERAGES, LIQUID AND POWDERED BEVERAGES FOR FOOD PURPOSES, POWDERED FLAVORING, FLAVORING SYRUPS FOR BEVERAGES, CEREAL, BAKED GOODS, NAMELY MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS AND MIXES FOR BAKERY GOODS, ICE CREAM, FLAVORED ICES AND FROZEN CONFECTIONS, CHOCOLATE, CANDY AND CONFECTIONS AND PREPARATIONS MADE FROM CEREALS, NAMELY, READY-TO-EAT DERIVED FOOD BARS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 4-1-1995; IN COMMERCE 4-1-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-600,905, FILED 7-1-2004.

FLORENTINA BLANDU, EXAMINING ATTORNEY

# United States of America

### United States Patent and Trademark Office

# FOGBUSTER

**Reg. No. 7,037,817**

**Registered Apr. 25, 2023**

**Int. Cl.: 32**

**Trademark**

**Principal Register**

PIERCE BROTHERS GOURMET DISTRIBUTORS INC. (MASSACHUSETTS CORPORATION)
47 SILVIO O CONTE DRIVE
Greenfield, MASSACHUSETTS 01301

CLASS 32: Beer; Malt beer; Brewed malt-based beers

FIRST USE 9-7-2022; IN COMMERCE 9-7-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-632,541, FILED 04-08-2021



Director of the United States
Patent and Trademark Office

